UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARRIOR SPORTS, INC.,

    Plaintiff,

Case No. 16-cv-11618

Paul D. Borman
United States District Judge

v.

JOSEPH F. HEALY, III and MIDWEST
LACROSSE COMPANY, LTD.,

Stephanie Dawkins Davis
United States Magistrate Judge

    Defendants.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE DAVIS'S MAY 5, 2017
REPORT AND RECOMMENDATION, (ECF NO. 25),
(2) GRANTING PLAINTIFF'S MOTION TO COMPEL (ECF NO. 13), AND
(3) ORDERING SUBMISSION OF INFORMATION REGARDING COST OF
PRODUCTION OF QUICKBOOKS DATA

On May 5, 2017, Magistrate Judge Davis issued a Report and Recommendation to GRANT Plaintiff's Motion to Compel Post-Judgment Discovery. (ECF No. 25, Report and Recommendation.) In her Report and Recommendation, Magistrate Judge Davis further required the parties to meet and confer and to submit certain information to the Court regarding their dispute over the cost of production of certain Quickbooks data. (Report at 7.) Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court:

1

(1) ADOPTS the Report and Recommendation (ECF No. 25);

(2) GRANTS Plaintiff's Motion to Compel Post-Judgment Discovery (ECF No. 13);

(3) ORDERS Defendant Midwest Lacrosse to provide, within fourteen (14) days of the date of this Order, full and complete answers to Plaintiff's outstanding discovery requests and to produce all responsive documents and electronically stored information in its possession, custody, or control; and

(4) ORDERS the parties to submit to the Court, within fourteen (14) days of the date of this Order, the information regarding the cost of production of certain Quickbooks data, as required by Magistrate Judge Davis in her Report and Recommendation.

IT IS SO ORDERED.

s/Paul D. Borman<br>
PAUL D. BORMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: June 1, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 1, 2017.

                                          s/Deborah Tofil
                                          Case Manager